**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SOFTWARE RESTORE SOLUTIONS, LLC, an Illinois limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE, INC., a California corporation, ACTIVISION BLIZZARD, INC., a Delaware corporation, ADOBE SYSTEMS, INC., a Delaware corporation, AUTODESK, INC., a Delaware corporation, CAPCOM U.S.A., INC., a California corporation, CITRIX SYSTEMS, INC., a Delaware corporation, COREL CORP., a Canadian corporation, COREL, INC., a Delaware corporation, DASSAULT SYSTEMES, CORP., a Delaware corporation, DELCAM USA, INC., a Utah corporation, SQUARE ENIX, INC., a Washington corporation, ELECTRONIC ARTS, INC., a Delaware corporation, FRONTRANGE SOLUTIONS, INC., a Delaware corporation, INTERNATIONAL BUSINESS MACHINES CORP., a New York corporation, INTUIT, INC., a Delaware corporation, KONAMI DIGITAL ENTERTAINMENT, INC., an Illinois corporation, MAXIMIZER SOFTWARE, INC., a Canadian corporation, NUANCE COMMUNICATIONS, INC., a Delaware corporation, PARAMETRIC TECHNOLOGY CORP., a Massachusetts corporation, SAGE SOFTWARE, INC., a Virginia corporation, SEGA OF AMERICA, INC., a California corporation, SKYPE, INC., a Delaware corporation, SPSS, INC., a Delaware corporation, TERADATA CORP., a Delaware corporation, THQ, INC., a Delaware corporation, and LEGACY INTERACTIVE, INC., a California corporation,<br><br>    Defendants. | Civil Action No. 1:10-cv-3628<br><br>The Honorable _____<br><br>Magistrate Judge _____<br><br>**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND L.R. 3.2**<br><br>**JURY TRIAL DEMANDED** |

Pursuant to FED. R. CIV. P. 7.1 and LR 3.2, the following disclosure is made on behalf of the plaintiff, Software Restore Solutions, LLC. Software Restore Solutions, LLC is an Illinois limited liability company whose sole member is Acacia Patent Acquisition LLC, which is wholly owned by Acacia Research Corporation. Acacia Research Corporation is a publicly held company.

Respectfully submitted,

Date:   June 11, 2010                    /s/Timothy P. Maloney
                                         Timothy P. Maloney (IL 6216483)
                                         Alison A. Richards (IL 6285669)
                                         Nicole L. Little (IL 6297047)
                                         David A. Gosse (IL 6299892)
                                         FITCH, EVEN, TABIN & FLANNERY
                                         120 South LaSalle Street, Suite 1600
                                         Chicago, Illinois 60603
                                         Telephone: (312) 577-7000
                                         Facsimile: (312) 577-7007

                                         Steven C. Schroer (IL 6250991)
                                         scschr@fitcheven.com
                                         FITCH, EVEN, TABIN & FLANNERY
                                         1942 Broadway, Suite 213
                                         Boulder, Colorado 80302
                                         Telephone: 303.402.6966
                                         Facsimile: 303.402.6970

                                         *Counsel for Plaintiff*