**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SOFTWARE RESTORE SOLUTIONS, LLC, an Illinois limited liability company,<br><br>        Plaintiff,<br><br>        v.<br><br>APPLE, INC., a California corporation, et al.<br><br>        Defendants. | Civil Action No. 10-cv-3628<br><br>The Honorable Virginia M. Kendall<br><br>Magistrate Judge Arlander Keys |

**AGREED MOTION TO EXTEND TIME FOR SPSS, INC. TO ANSWER OR OTHERWISE PLEAD**

Defendant SPSS, Inc. ("SPSS"), by and though its attorneys, hereby moves this Court for an Order extending the deadline for SPSS to respond to the Complaint of Plaintiff Software Restore Solutions, LLC ("SRS") until August 13, 2010, and in support thereof, states as follows:

1. On June 11, 2010, SRS filed the instant Complaint in this action.

2. SPSS respectfully requests a short extension of time to respond to SRS's complaint until August, 13, 2010.

3. This is the first extension request by SPSS.

4. SPSS has conferred with counsel for SRS, Timothy Maloney, and SRS has no objection to this motion.

5. SPSS has conferred with all other parties that have appeared in the case and none oppose this motion.

6. This extension is requested to provide time for SPSS to investigate SRS's claims and to prepare a response to the Complaint.

7.     This Motion is not being brought for any improper purpose.

WHEREFORE, for the foregoing reasons, SPSS respectfully requests that this Court grant its Agreed Motion to Extend Time for SPSS, Inc. to Answer or Otherwise Plead.

Dated: July 9, 2010                                             Respectfully submitted,


                                                                                        s/  John Marlott
                                                                                        John Marlott (IL6230613)
                                                                                        jamarlott@jonesday.com
                                                                                        JONES DAY
                                                                                        77 West Wacker
                                                                                        Chicago, IL  60601-1692
                                                                                        Telephone:     (312) 782-4236

                                                                                        *Counsel for Defendant SPSS, Inc.*

## CERTIFICATE OF SERVICE

I, an attorney for Defendant SPSS, Inc., hereby certify that on July 9, 2010, I caused to be electronically filed the foregoing *Agreed Motion to Extend Time for SPSS, Inc. to Answer or Otherwise Plead* with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Timothy P. Maloney
Fitch, Even, Tabin & Flannery
120 South LaSalle Street
Suite 1600
Chicago, IL 60603-3406

Steven C. Schroer
Fitch, Even, Tabin & Flannery
1942 Broadway
Suite 213
Boulder, CO 80302

Christopher R. Freeman
Quinn Emmanuel Urquhart Oliver & Hedges
500 West Madison St. Suite 2450
Chicago, IL 60661

Colby Anne Kingsbury
Baker & Daniels LLP
311 S. Wacker Dr.
#4400
Chicago, IL 60606

Benjamin Jonathan Fox
Hector Guadalupe Gallegos
Wendy Joy Ray
Morrison & Foerster LLP
555 West Fifth St., Ste 3500
Los Angeles, CA 90013

Elizabeth L Barbour
Paul F. Stack
Philip Louis Carey-Bergren
Stack Chartered
140 South Dearborn, Suite 411
Chicago, IL 60603

Hillary Paige Krantz
John Z. Lee
Freeborn & Peters, LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606

Dated: July 9, 2010

s/ John Marlott
John Marlott (IL6230613)
jamarlott@jonesday.com
JONES DAY
77 West Wacker
Chicago, IL  60601-1692
Telephone:     (312) 782-4236

*Counsel for Defendant SPSS, Inc.*