**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SOFTWARE RESTORE SOLUTIONS, LLC, an Illinois limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> APPLE, INC., a California corporation, et al. <br><br> Defendants. | Civil Action No. 10-cv-3628 <br><br> The Honorable Virginia M. Kendall <br><br> Magistrate Judge Arlander Keys |

**NOTICE OF AGREED MOTION TO EXTEND TIME FOR SPSS, INC. TO ANSWER
OR OTHERWISE PLEAD**

TO:    COUNSEL OF RECORD

    PLEASE TAKE NOTICE that on the 15th day of July, 2010, at 9:00 a.m., Defendant SPSS, Inc. will appear before the Honoroable Virginia M. Kendall, or any Judge sitting in her stead in Room 2319, and present the AGREED MOTION TO EXTEND TIME FOR SPSS, INC. TO ANSWER OR OTHERWISE PLEAD, a copy of which is hereby served upon you.

Dated: July 9, 2010                                Respectfully submitted,

                                                                    s/ John Marlott
                                                                    John Marlott (IL6230613)
                                                                    jamarlott@jonesday.com
                                                                    JONES DAY
                                                                    77 West Wacker
                                                                    Chicago, IL 60601-1692
                                                                    Telephone:    (312) 782-4236

                                                                    *Counsel for Defendant SPSS, Inc.*

**CERTIFICATE OF SERVICE**

I, an attorney for Defendant SPSS, Inc., hereby certify that on July 9, 2010, I caused to be electronically filed the foregoing *Notice of Agreed Motion to Extend Time for SPSS, Inc. to Answer or Otherwise Plead* with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Timothy P. Maloney
Fitch, Even, Tabin & Flannery
120 South LaSalle Street
Suite 1600
Chicago, IL 60603-3406

Steven C. Schroer
Fitch, Even, Tabin & Flannery
1942 Broadway
Suite 213
Boulder, CO 80302

Christopher R. Freeman
Quinn Emmanuel Urquhart Oliver & Hedges
500 West Madison St. Suite 2450
Chicago, IL 60661

Colby Anne Kingsbury
Baker & Daniels LLP
311 S. Wacker Dr.
#4400
Chicago, IL 60606

Benjamin Jonathan Fox
Hector Guadalupe Gallegos
Wendy Joy Ray
Morrison & Foerster LLP
555 West Fifth St., Ste 3500
Los Angeles, CA 90013

Elizabeth L Barbour
Paul F. Stack
Philip Louis Carey-Bergren
Stack Chartered
140 South Dearborn, Suite 411
Chicago, IL 60603

- 3 -

Hillary Paige Krantz
John Z. Lee
Freeborn & Peters, LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606

Dated: July 9, 2010

s/ John Marlott
John Marlott (IL6230613)
jamarlott@jonesday.com
JONES DAY
77 West Wacker
Chicago, IL  60601-1692
Telephone:     (312) 782-4236

*Counsel for Defendant SPSS, Inc.*