# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Software Restore Solutions, LLC

                              Plaintiff,

v.                                                    Case No.: 1:10–cv–03628
                                                          Honorable Virginia M. Kendall

Apple, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 12, 2010:

      MINUTE entry before Honorable Virginia M. Kendall:Defendant SPSS Inc's motion for extension of time to 8/13/2010 to answer or otherwise plead [60] is granted.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.