**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SOFTWARE RESTORE SOLUTIONS, LLC, | ) | Civil Action No. 10-cv-3628 |
| | ) | |
| Plaintiff, | ) | The Honorable Virginia M. Kendall |
| | ) | |
| v. | ) | Magistrate Judge Arlander Keys |
| | ) | |
| APPLE, INC., et al., | ) | **NOTICE OF DISMISSAL OF DEFENDANT** |
| | ) | **LEGACY INTERACTIVE, INC. PURSUANT TO** |
| Defendants. | ) | **FEDERAL RULE OF CIVIL PROCEDURE** |
| | ) | **41(a)(1)(A)(i)** |

Plaintiff Software Restore Solutions, LLC ("SRS") hereby dismisses this action against defendant, Legacy Interactive, Inc., without prejudice. Plaintiff dismisses this action pursuant to FED. R. CIV. P. 41(a)(1)(A)(i) on the grounds that Legacy Interactive, Inc. has not yet served an answer or moved for summary judgment in this action.

This notice of dismissal is not intended as a dismissal of any claims SRS has against any other party.

                                          Respectfully submitted,

Date: <u>August 4, 2010</u>         <u>/s/ Timothy P. Maloney</u>
                                          Timothy P. Maloney (IL 6216483)
                                          Alison A. Richards (IL 6285669)
                                          Nicole L. Little (IL 6297047)
                                          David A. Gosse (IL 6299892)
                                          FITCH, EVEN, TABIN & FLANNERY
                                          120 South LaSalle Street, Suite 1600
                                          Chicago, Illinois 60603
                                          Telephone: (312) 577-7000

Steven C. Schroer (IL 6250991)
scschr@fitcheven.com
FITCH, EVEN, TABIN & FLANNERY
1942 Broadway, Suite 213
Boulder, Colorado 80302
Telephone: (303) 402.6966

*Counsel for Plaintiff, Software Restore Solutions, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule 5.5(a)(3) on August 4, 2010. Any other counsel of record will be served by first class mail.

/s/ Timothy P. Maloney
*Attorney for Plaintiff, Software Restore Solutions, LLC*