**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SOFTWARE RESTORE SOLUTIONS, LLC, ) | Civil Action No. 10-cv-3628 |
| ) | |
| Plaintiff, ) | The Honorable Virginia M. Kendall |
| ) | |
| v. ) | Magistrate Judge Arlander Keys |
| ) | |
| APPLE, INC., et al., ) | **NOTICE OF DISMISSAL OF DEFENDANT** |
| ) | **MAXIMIZER SOFTWARE, INC. PURSUANT** |
| Defendants. ) | **TO FEDERAL RULE OF CIVIL PROCEDURE** |
| ) | **41(a)(1)(A)(i)** |

Plaintiff Software Restore Solutions, LLC ("SRS") hereby dismisses this action against defendant, Maximizer Software, Inc., with prejudice. Plaintiff dismisses this action pursuant to FED. R. CIV. P. 41(a)(1)(A)(i) on the grounds that Maximizer Software, Inc. has not yet served an answer or moved for summary judgment in this action.

This notice of dismissal is not intended as a dismissal of any claims SRS has against any other party.

Respectfully submitted,

Date: <u>September 8, 2010</u>  <u>  /s/ Timothy P. Maloney  </u>
Timothy P. Maloney (IL 6216483)
Alison A. Richards (IL 6285669)
Nicole L. Little (IL 6297047)
David A. Gosse (IL 6299892)
FITCH, EVEN, TABIN & FLANNERY
120 South LaSalle Street, Suite 1600
Chicago, Illinois 60603
Telephone: (312) 577-7000

Steven C. Schroer (IL 6250991)
scschr@fitcheven.com
FITCH, EVEN, TABIN & FLANNERY
1942 Broadway, Suite 213
Boulder, Colorado 80302
Telephone: (303) 402.6966

*Counsel for Plaintiff, Software Restore Solutions, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule 5.5(a)(3) on September 8, 2010. The following counsel of record will be served by first class mail:

| | |
|---|---|
| Matt Hulse | Matthew Douglas Powers |
| Henry Lien | WEIL, GOTSHAL & MANGES, LLP |
| Evette Pennypacker | 201 Redwood Shores Parkway |
| Claude M Stern | Redwood Shores, CA 94065 |
| QUINN EMANUEL URQUHART & SULLIVAN | |
| 555 Twin Dolphin Drive | |
| 5th Floor | |
| Redwood Shores, CA 94065 | |

/s/ Timothy P. Maloney
*Attorney for Plaintiff, Software Restore Solutions, LLC*