**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SOFTWARE RESTORE SOLUTIONS, LLC, ) | Civil Action No. 10-cv-3628 |
| ) | |
| Plaintiff, ) | The Honorable Virginia M. Kendall |
| ) | |
| v. ) | Magistrate Judge Arlander Keys |
| ) | |
| APPLE, INC., et al. ) | **AGREED MOTION TO DISMISS WITH** |
| ) | **PREJUDICE DEFENDANTS INTERNATIONAL** |
| Defendants. ) | **BUSINESS MACHINES CORP. AND SPSS,** |
| ) | **INC.** |

Plaintiff Software Restore Solutions, LLC ("SRS") and Defendants International Business Machines Corp. ("IBM") and SPSS, Inc. ("SPSS") jointly request that this Court dismiss Defendants IBM and SPSS from this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), with each of the parties to bear its own costs.

Respectfully Submitted,

/s/Timothy P. Maloney
Timothy Maloney (IL 6216483)
FITCH, EVEN, TABIN &
FLANNERY
120 South LaSalle Street, Suite 1600
Chicago, IL 60603
Telephone: (312) 577-7000
tpmalo@fitcheven.com

*Counsel for Plaintiff Software
Restore Solutions, LLC*

/s/ John A. Marlott
John A. Marlott (IL 6230613)
JONES DAY
77 West Wacker
Chicago, IL 60601
Telephone: (312) 782-4236
jamarlott@jonesday.com

*Counsel for Defendants
International Business Machines
Corp. and SPSS, Inc.*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 13, 2010 a copy of the foregoing **AGREED MOTION TO DISMISS WITH PREJUDICE DEFENDANTS INTERNATIONAL BUSINESS MACHINES CORP. AND SPSS, INC.** was filed electronically.  Notice of this filing will be sent to all counsel of record who have consented to electronic service.  Parties may access this filing through the Court's system.

*<u>Parties receiving service electronically through EFS are as follows:</u>*

| | |
|---|---|
| Douglas E. Lumish<br>WEIL, GOTSHAL & MANGES, LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, California 94065<br>Telephone 650.802.3000<br>Facsimile 650.802.3100<br>Email: doug.lumish@weil.com<br><br>Stacie R. Hartman<br>SCHIFF HARDIN LLP<br>233 South Wacker Drive, Suite 6600<br>Chicago, Illinois 60606<br>Telephone 312.258.5607<br>Facsimile 312.258.5600<br>Email: shartman@schiffhardin.com<br><br>*Counsel for Activision Blizzard, Inc., Adobe Systems, Inc., Apple, Inc., Autodesk, Inc. and Nuance Communications, Inc.* | Matt Hulse<br>Henry Lien<br>Evette Pennypacker<br>Claude Stern<br>QUINN EMANUEL<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone 650.801.5000<br>Facsimile 650.801.5100<br>Email: matthulse@quinnemanuel.com<br>Email: henrylien@quinnemanuel.com<br>Email: evettepennypacker@quinnemanuel.com<br>Email: claudestern@quinnemanuel.com<br><br>Christopher R. Freeman<br>QUINN EMANUEL<br>500 West Madison St., Suite 2450<br>Chicago, Illinois 60661<br>Telephone 312.705.7400<br>Facsimile 312.705.7401<br>Email: chrisfreeman@quinnemanuel.com<br><br>*Counsel for Capcom U.S.A., Inc., Citrix Systems, Inc., Corel Corp., Corel, Inc., Dassault Systemes, Corp., Electronic Arts, Inc., Frontrange Solutions, Inc., Intuit, Inc., SEGA of America, Inc., Skype, Inc.and THQ, Inc.* |
| Trevor R. Carter<br>Andrew M. McCoy<br>BAKER & DANIELS LLP<br>300 North Meridian Street<br>Suite 2700 | Benjamin J. Fox<br>Hector G. Gallegos<br>Wendy J. Ray<br>MORRISON & FOERSTER LLP<br>555 West Fifth Street, Suite 3500 |

| | |
|---|---|
| Indianapolis, Indiana 46204<br>Telephone 317.237.1352<br>Facsimile 317.237.8462<br>Email: trevor.carter@bakerd.com<br>Email: andrew.mccoy@bakerd.com<br><br>Colby A. Kingsbury<br>BAKER & DANIELS LLP<br>311 South Wacker Drive<br>Suite 4400<br>Chicago, Illinois 60606<br>Telephone 312.212.6573<br>Facsimile 312.212.6501<br>Email: colby.kingsbury@bakerd.com<br><br>*Counsel for Delcam USA, Inc.* | Los Angeles, California 90013-1024<br>Telephone 213.892.5207<br>Facsimile 213.892.5454<br>Email: bfox@mofo.com<br>Email: hgallegos@mofo.com<br>Email: wray@mofo.com<br><br>Elizabeth L. Barbour<br>Philip Carey-Bergren<br>Paul Stack<br>STACK CHARTERED<br>140 South Dearborn Street<br>Suite 411<br>Chicago, Illinois 60603<br>Telephone 312.782.0690<br>Facsimile 312.782.0936<br>Email: elizabeth@stacklaw.com<br>Email: philip@stacklaw.com<br>Email: pstack@stacklaw.com<br><br>*Counsel for Konami Digital Entertainment, Inc. and Square Enix, Inc.* |
| John A. Marlott<br>JONES DAY<br>77 West Wacker Drive<br>Suite 3500<br>Chicago, Illinois 60601-1692<br>Telephone 312.782.3939<br>Facsimile 312.782.8585<br>Email: jamarlott@jonesday.com<br><br>*Counsel for International Business Machines Corp. and SPSS, Inc.* | Brian C. Bianco<br>Michael D. Switzer<br>ULMER & BERNE LLP<br>500 West Madison Street, Suite 3600<br>Chicago, Illinois 60661-4587<br>Telephone 312.658.6500<br>Facsimile 312.658.6501<br>Email: bbianco@ulmer.com<br>Email: mswitzer@ulmer.com<br><br>*Counsel for Teradata Corp.* |
| Michael E. Murawski<br>Daniel C. Winston<br>CHOATE HALL & STEWART, LLP<br>2 International Place<br>Boston, Massachusetts 02110<br>Telephone 617.248.4049<br>Facsimile 617.248.4000<br>Email: mmurawski@choate.com<br>Email: dwinston@choate.com<br><br>Deirdre A. Fox<br>Kevin Tottis | Hillary P. Krantz<br>John Z. Lee<br>FREEBORN & PETERS LLP<br>311 South Wacker Drive, Suite 3000<br>Chicago, Illinois 60606<br>Telephone 312.360.6738<br>Facsimile 312.360.6574<br>Email: hkrantz@freebornpeters.com<br>Email: jlee@freebornpeters.com<br><br>Lara S. Garner<br>Jonathan E. Singer |

| | |
|---|---|
| LAW OFFICES OF KEVIN TOTTIS<br>211 West Wacker Drive<br>Suite 1200<br>Chicago, Illinois 60606<br>Telephone 312.920.9550<br>Facsimile 312.920.9560<br>Email: dfox@tottislaw.com<br>Email: ktottis@tottislaw.com<br><br>*Counsel for Parametric Technology Corp.* | FISH & RICHARDSON<br>3200 RBC Plaza, 60 South Sixth Street<br>Minneapolis, Minnesota 55402<br>Telephone 612.337.2534<br>Facsimile 612.288.9696<br>Email: lgarner@fr.com<br>Email: singer@fr.com<br><br>*Counsel for Sage Software, Inc.* |

  /s/Timothy P. Maloney
*Attorney for Software Restore Solutions, LLC*