**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SOFTWARE RESTORE SOLUTIONS, LLC, | ) Civil Action No. 10-cv-3628 |
| | ) |
| Plaintiff, | ) The Honorable Matthew F. Kennelly |
| | ) |
| v. | ) Magistrate Judge Arlander Keys |
| | ) |
| APPLE, INC., et al. | ) **AGREED MOTION TO DISMISS WITH** |
| | ) **PREJUDICE DEFENDANT TERADATA** |
| Defendants. | ) **CORPORATION** |
| | ) |

Plaintiff Software Restore Solutions, LLC ("SRS") and Defendant Teradata Corporation, Inc. ("Teradata") jointly request that this Court dismiss all claims by SRS against Teradata and all counterclaims by Teradata against SRS in this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), with each of the parties to bear its own costs.

Date: <u>October 4, 2010</u>                 Respectfully Submitted,


<u>/s/Timothy P. Maloney</u>                    <u>/s/ Brian C. Bianco</u>
Timothy Maloney (IL 6216483)            Michael D. Switzer (IL 6297747)
Alison Aubry Richards                         Brian C. Bianco (IL 6281029)
Nicole L. Little                                     ULMER & BERNE
David A. Gosse                                    500 West Madison Street, Suite 3600
FITCH EVEN TABIN & FLANNERY           Chicago, IL 60661-4587
120 South LaSalle Street, Suite 1600    Tel: 312.658.6500
Chicago, Illinois 60603                         Fax: 312.658.6501
Tel: 312.577.7000                                Email: bbianco@ulmer.com
Fax: 312.577.7007
Email: tpmalo@fitcheven.com              *Counsel for Defendant Teradata Corporation*

Steven C. Schroer
FITCH EVEN TABIN & FLANNERY
1942 Broadway, Suite 213
Boulder, Colorado 80302
Telephone 303.402.6966
Facsimile 303.402.6970

*Counsel for Plaintiff Software Restore*
*Solutions, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule 5.5(a)(3) on October 4, 2010. The following counsel of record will be served by first class mail:

Matthew Douglas Powers
WEIL, GOTSHAL & MANGES, LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
*Counsel for Apple Inc., Activision Blizzard, Inc.*
*Adobe Systems, Inc., Autodesk, Inc. and*
*Nuance Communications, Inc.*

/s/ Timothy P. Maloney
*Attorney for Plaintiff, Software Restore*
*Solutions, LLC*