# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 3628 | **DATE** | 10/6/2010 |
| **CASE TITLE** | Software Restore vs. Apple | | |

**DOCKET ENTRY TEXT**

The agreed motion to dismiss with prejudice defendant Teradata Corp. is granted. The Clerk is directed to terminate Teradata Corp. as a defendant.

Docketing to mail notices.

| | Courtroom Deputy Initials: | DS |
|---|---|---|