**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SOFTWARE RESTORE SOLUTIONS, LLC, | ) | Civil Action No. 10-cv-3628 |
| | ) | |
| Plaintiff, | ) | The Honorable Matthew F. Kennelly |
| | ) | |
| v. | ) | Magistrate Judge Arlander Keys |
| | ) | |
| APPLE, INC., et al. | ) | **AGREED MOTION TO DISMISS WITH** |
| | ) | **PREJUDICE DEFENDANT DELCAM USA,** |
| Defendants. | ) | **INC.** |
| | ) | |

Plaintiff Software Restore Solutions, LLC ("SRS") and Defendant Delcam USA, Inc. ("Delcam") jointly request that this Court dismiss all claims by SRS against Delcam and all counterclaims that were brought or could have been brought by Delcam against SRS in this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), with each of the parties to bear its own costs.

Date: <u>October 11, 2010</u>                                             Respectfully Submitted,

/s/Timothy P. Maloney                              /s/R. Trevor Carter
Timothy Maloney (IL 6216483)                  Richard Trevor Carter
Alison Aubry Richards                                Andrew M. McCoy
Nicole L. Little                                            BAKER & DANIELS LLP
David A. Gosse                                          300 North Meridian Street, Suite 2700
FITCH EVEN TABIN & FLANNERY           Indianapolis, Indiana 46204
120 South LaSalle Street, Suite 1600        Telephone 317.237.1352
Chicago, Illinois 60603                              Facsimile 317.237.8462
Tel: 312.577.7000                                     Email: trevor.carter@bakerd.com
Fax: 312.577.7007                                    Email: andrew.mccoy@bakerd.com
Email: tpmalo@fitcheven.com

| | |
|---|---|
| Steven C. Schroer<br>FITCH EVEN TABIN & FLANNERY<br>1942 Broadway, Suite 213<br>Boulder, Colorado 80302<br>Telephone 303.402.6966<br>Facsimile 303.402.6970<br><br>*Counsel for Plaintiff Software Restore Solutions, LLC* | Colby A. Kingsbury<br>BAKER & DANIELS LLP<br>311 South Wacker Drive, Suite 4400<br>Chicago, Illinois 60606<br>Telephone 312.212.6573<br>Facsimile 312.212.6501<br>Email: colby.kingsbury@bakerd.com<br><br>*Counsel for Defendant Delcam USA, Inc.* |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule 5.5(a)(3) on October 11, 2010. The following counsel of record will be served by first class mail:

> Matthew Douglas Powers
> WEIL, GOTSHAL & MANGES, LLP
> 201 Redwood Shores Parkway
> Redwood Shores, CA 94065
> *Counsel for Apple Inc., Activision Blizzard, Inc.*
> *Adobe Systems, Inc., Autodesk, Inc. and*
> *Nuance Communications, Inc.*

>> /s/ Timothy P. Maloney
>> *Attorney for Plaintiff, Software Restore*
>> *Solutions, LLC*