# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| SOFTWARE RESTORE SOLUTIONS, LLC, | ) | Civil Action No. 10-cv-3628 |
| | ) | |
| Plaintiff, | ) | The Honorable Matthew F. Kennelly |
| | ) | |
| v. | ) | Magistrate Judge Arlander Keys |
| | ) | |
| APPLE, INC., et al. | ) | **AGREED MOTION FOR ENTRY OF** |
| | ) | **STIPULATION AND ORDER OF DISMISSAL** |
| Defendants. | ) | |
| | ) | |

Plaintiff, Software Restore Solutions, LLC ("SRS") and Defendant, Sage Software, Inc. ("Sage"), jointly request that this Court enter the enclosed Stipulation and Order of Dismissal. A WordPerfect version of the Stipulation and Order of Dismissal is also being sent via email to Proposed_Order_Kennelly@ilnd.uscourts.gov in accordance with Your Honor's standing order.

Date: <u>October 28, 2010</u>                Respectfully Submitted,


<u>/s/Timothy P. Maloney</u>                    <u>/s/ Lara S. Garner (with consent)</u>
Timothy Maloney (IL 6216483)            Lara S. Garner
Alison Aubry Richards                    FISH & RICHARDSON, P.C.
Nicole L. Little                         12390 El Camino Real
David A. Gosse                           San Diego, CA 92130
FITCH EVEN TABIN & FLANNERY              Tel: 858-678-4332
120 South LaSalle Street, Suite 1600     Fax: 858-678-5099
Chicago, Illinois 60603                  Email: LGarner@fr.com
Tel: 312.577.7000
Fax: 312.577.7007
Email: tpmalo@fitcheven.com

Steven C. Schroer
FITCH EVEN TABIN & FLANNERY
1942 Broadway, Suite 213
Boulder, Colorado 80302
Telephone 303.402.6966
Facsimile 303.402.6970

*Counsel for Plaintiff Software Restore Solutions, LLC*

Jonathan E. Singer
FISH & RICHARDSON, P.C.
60 South Sixth Street
Suite 3300
Minneapolis, MN 55402
Tel: 612-337-2534
Fax: 612-288-9696


Hillary P. Krantz
John Z. Lee
FREEBORN & PETERS, LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606
Tel: 312.360.6000
Fax: 312-360-6455

*Counsel for Defendant Sage Software, Inc.*


## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule 5.5(a)(3) on October 28, 2010. The following counsel of record will be served by first class mail:

Matthew Douglas Powers
WEIL, GOTSHAL & MANGES, LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
*Counsel for Apple Inc., Activision Blizzard, Inc.*
*Adobe Systems, Inc., Autodesk, Inc. and*
*Nuance Communications, Inc.*

/s/ Timothy P. Maloney
*Attorney for Plaintiff, Software Restore*
*Solutions, LLC*