**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SOFTWARE RESTORE SOLUTIONS, LLC, | ) | Civil Action No. 10-cv-3628 |
| | ) | |
| Plaintiff, | ) | The Honorable Matthew F. Kennelly |
| | ) | |
| v. | ) | Magistrate Judge Arlander Keys |
| | ) | |
| APPLE, INC., et al. | ) | **AGREED MOTION FOR ENTRY OF** |
| | ) | **STIPULATION AND ORDER OF DISMISSAL** |
| Defendants. | ) | |
| | ) | |

Plaintiff, Software Restore Solutions, LLC, and Defendant, Konami Digital Entertainment, Inc., jointly request that this Court enter the enclosed Stipulation and Order of Dismissal. A WordPerfect version of the Stipulation and Order of Dismissal is also being sent via email to Proposed_Order_Kennelly@ilnd.uscourts.gov in accordance with Your Honor's standing order.

Date: <u>November 4, 2010</u>                                          Respectfully Submitted,

/s/Timothy P. Maloney                                                     /s/ Benjamin J. Fox (with consent)
Timothy Maloney (IL 6216483)                                         Benjamin J. Fox
Alison Aubry Richards                                                      Hector G. Gallegos
Nicole L. Little                                                                   Wendy Joy Ray
David A. Gosse                                                                  MORRISON & FOERSTER LLP
FITCH EVEN TABIN & FLANNERY                                 555 West Fifth St., Ste 3500
120 South LaSalle Street, Suite 1600                              Los Angeles, CA 90013
Chicago, Illinois 60603                                                       Tel: 213.892.5207
Tel: 312.577.7000                                                              Fax: 213.892.5454
Fax: 312.577.7007                                                              Email: bfox@mofo.com
Email: tpmalo@fitcheven.com

| | |
|---|---|
| Steven C. Schroer<br>FITCH EVEN TABIN & FLANNERY<br>1942 Broadway, Suite 213<br>Boulder, Colorado 80302<br>Telephone 303.402.6966<br>Facsimile 303.402.6970<br><br>*Counsel for Plaintiff Software Restore Solutions, LLC* | Elizabeth L Barbour<br>Paul F. Stack<br>Philip L. Carey-Bergren<br>STACK CHARTERED<br>140 South Dearborn, Suite 411<br>Chicago, IL 60603<br>Tel: 312.782.0690<br>Fax: 312.782.0936<br>Email: elizabeth@stacklaw.com<br><br>*Counsel for Defendant Konami Digital Entertainment, Inc.* |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule 5.5(a)(3) on November 4, 2010. The following counsel of record will be served by first class mail:

Matthew Douglas Powers
WEIL, GOTSHAL & MANGES, LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
*Counsel for Apple Inc., Activision Blizzard, Inc.
Adobe Systems, Inc., Autodesk, Inc. and
Nuance Communications, Inc.*

/s/ Timothy P. Maloney
*Attorney for Plaintiff, Software Restore Solutions, LLC*