**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SOFTWARE RESTORE SOLUTIONS, LLC, ) | Civil Action No. 10-cv-3628 |
| ) | |
| Plaintiff, ) | The Honorable Matthew F. Kennelly |
| ) | |
| v. ) | Magistrate Judge Arlander Keys |
| ) | |
| APPLE, INC., et al. ) | **AGREED MOTION FOR ENTRY OF** |
| ) | **STIPULATION AND ORDER OF DISMISSAL** |
| Defendants. ) | |
| ) | |

Plaintiff, Software Restore Solutions, LLC ("SRS") and Defendant, Corel Corporation ("Corel"), jointly request that this Court enter the enclosed Stipulation and Order of Dismissal. A WordPerfect version of the Stipulation and Order of Dismissal is also being sent via email to Proposed_Order_Kennelly@ilnd.uscourts.gov in accordance with Your Honor's standing order.

Dated: November 5, 2010

SOFTWARE RESTORE SOLUTIONS, LLC

/s/Timothy P. Maloney
Timothy Maloney (IL 6216483)
Alison Aubry Richards
Nicole L. Little
David A. Gosse
FITCH EVEN TABIN & FLANNERY
120 South LaSalle Street, Suite 1600
Chicago, Illinois 60603
Tel: 312.577.7000
Fax: 312.577.7007
Email: tpmalo@fitcheven.com

Dated: November 5, 2010

COREL CORPORATION

/s/ Evette Pennypacker (with consent)
Claude M. Stern
Evette Pennypacker
Henry Lien
Mat Hulse
QUINN EMANUEL URQUHART & SULLIVAN
555 Twin Dolphin Drive
5th Floor
Redwood Shores, CA  94065
Tel: 650-801-5000
Fax: 650-802-3100
Email: evettepennypacker@quinnemanuel.com

| | |
|---|---|
| Steven C. Schroer | Christopher R. Freeman |
| FITCH EVEN TABIN & FLANNERY | QUINN EMANUEL URQUHART OLIVER & HEDGES |
| 1942 Broadway, Suite 213 | 500 West Madison Street |
| Boulder, Colorado 80302 | Suite 2450 |
| Telephone 303.402.6966 | Chicago, IL 60661 |
| Facsimile 303.402.6970 | Tel: 312-705-7400 |
| | Fax: 312-705-7401 |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule 5.5(a)(3) on November 5, 2010. The following counsel of record will be served by first class mail:

Matthew Douglas Powers
WEIL, GOTSHAL & MANGES, LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
*Counsel for Apple Inc., Activision Blizzard, Inc.
Adobe Systems, Inc., Autodesk, Inc. and
Nuance Communications, Inc.*

/s/ Timothy P. Maloney
*Attorney for Plaintiff, Software Restore
Solutions, LLC*