**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SOFTWARE RESTORE SOLUTIONS, LLC, | ) Civil Action No. 10-cv-3628 |
| | ) |
| Plaintiff, | ) The Honorable Matthew F. Kennelly |
| | ) |
| v. | ) Magistrate Judge Arlander Keys |
| | ) |
| APPLE, INC., et al. | ) **AGREED MOTION TO DISMISS WITH** |
| | ) **PREJUDICE DEFENDANT PARAMETRIC** |
| Defendants. | ) **TECHNOLOGY CORP.** |
| | ) |

Plaintiff, Software Restore Solutions, LLC ("SRS"), and Defendant, Parametric Technology Corp. ("Parametric"), jointly request that this Court dismiss all claims by SRS against Parametric and all counterclaims by Parametric against SRS in this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), with each of the parties to bear its own costs.

Dated: November 12, 2010

SOFTWARE RESTORE SOLUTIONS, LLC

/s/Timothy P. Maloney
Timothy Maloney (IL 6216483)
Alison Aubry Richards
Nicole L. Little
David A. Gosse
FITCH EVEN TABIN & FLANNERY
120 South LaSalle Street, Suite 1600
Chicago, Illinois 60603
Tel: 312.577.7000
Fax: 312.577.7007
Email: tpmalo@fitcheven.com

Dated: November 12, 2010

PARAMETRIC TECHNOLOGY CORP.

/s/ Michael E. Murawski (with consent)
Daniel C. Winston
Michael E. Murawski
CHOATE, HALL & STEWART
Two International Place
Boston, MA 02110
Tel: (617)248-5000
Email: mmurawski@choate.com

| | |
|---|---|
| Steven C. Schroer | Deirdre A. Fox |
| FITCH EVEN TABIN & FLANNERY | Kevin Tottis |
| 1942 Broadway, Suite 213 | LAW OFFICES OF KEVIN TOTTIS |
| Boulder, Colorado 80302 | 211 West Wacker Drive |
| Telephone 303.402.6966 | Suite 1200 |
| Facsimile 303.402.6970 | Chicago, IL 60606 |
| | Tel: (312)920-9550 |
| | Fax: (312) 920-9560 |

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule 5.5(a)(3) on November 12, 2010. The following counsel of record will be served by first class mail:

Matthew Douglas Powers
WEIL, GOTSHAL & MANGES, LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
*Counsel for Apple Inc., Activision Blizzard, Inc.*
*Adobe Systems, Inc., Autodesk, Inc. and*
*Nuance Communications, Inc.*

/s/ Timothy P. Maloney
*Attorney for Plaintiff, Software Restore Solutions, LLC*