**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SOFTWARE RESTORE SOLUTIONS, LLC, | ) | Civil Action No. 10-cv-3628 |
| | ) | |
| Plaintiff, | ) | The Honorable Matthew F. Kennelly |
| | ) | |
| v. | ) | Magistrate Judge Arlander Keys |
| | ) | |
| APPLE, INC., et al. | ) | **AGREED MOTION TO DISMISS WITH** |
| | ) | **PREJUDICE DEFENDANT CAPCOM U.S.A.,** |
| Defendants. | ) | **INC.** |
| | ) | |

Plaintiff, Software Restore Solutions, LLC ("SRS"), and Defendant, Capcom U.S.A., Inc. ("Capcom"), jointly request that this Court dismiss all claims by SRS against Capcom and all counterclaims by Capcom against SRS in this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), with each of the parties to bear its own costs.

Dated: <u>December 9, 2010</u>

SOFTWARE RESTORE SOLUTIONS, LLC

/s/Timothy P. Maloney
Timothy Maloney (IL 6216483)
Alison Aubry Richards
Nicole L. Little
David A. Gosse
FITCH EVEN TABIN & FLANNERY
120 South LaSalle Street, Suite 1600
Chicago, Illinois 60603
Tel: 312.577.7000
Fax: 312.577.7007
Email: tpmalo@fitcheven.com

Dated: <u>December 9, 2010</u>

CAPCOM U.S.A., INC.

/s/ Christopher R. Freeman (with consent)
Christopher R. Freeman
Quinn Emanuel Urquhart Oliver & Hedges
500 West Madison St. Suite 2450
Chicago, IL 60661
(312) 705-7400
Fax: (312) 705-7401
Email: chrisfreeman@quinnemanuel.com

Steven C. Schroer
FITCH EVEN TABIN & FLANNERY
1942 Broadway, Suite 213
Boulder, Colorado 80302
Telephone 303.402.6966
Facsimile 303.402.6970

## **CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule 5.5(a)(3) on December 9, 2010. The following counsel of record will be served by first class mail:

Matthew Douglas Powers
WEIL, GOTSHAL & MANGES, LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
*Counsel for Apple Inc., Activision Blizzard, Inc.*
*Adobe Systems, Inc., Autodesk, Inc. and*
*Nuance Communications, Inc.*

/s/ Timothy P. Maloney
*Attorney for Plaintiff, Software Restore*
*Solutions, LLC*