# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Software Restore Solutions, LLC

                              Plaintiff,

v.                                                    Case No.: 1:10−cv−03628
                                                       Honorable Matthew F. Kennelly

Apple, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 31, 2010:

      MINUTE entry before Honorable Matthew F. Kennelly: The Court grants the motions to dismiss as to the following defendants: Dassault Systemes Corp. [243], Intuit, Inc. [245], Nuance Communications, Inc. [249], Activision Blizzard, Inc. [251], Corel, Inc. [253], Apple, Inc. [260], Adobe Systems, Inc. [262], and Electronic Arts, Inc. [266]. The status hearing set for 1/21/2011 is vacated and advanced to 1/10/2011 at 9:30 AM. The Court wishes to ascertain from plaintiff's counsel which defendants and claims remain in the case at this point. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.