### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| SOFTWARE RESTORE SOLUTIONS, LLC, ) | Civil Action No. 10-cv-3628 |
| ) | |
| Plaintiff, ) | The Honorable Matthew F. Kennelly |
| ) | |
| v. ) | Magistrate Judge Arlander Keys |
| ) | |
| APPLE, INC., et al. ) | **AGREED MOTION TO DISMISS WITH** |
| ) | **PREJUDICE DEFENDANT SEGA OF** |
| Defendants. ) | **AMERICA, INC.** |
| ) | |

Plaintiff, Software Restore Solutions, LLC ("SRS"), and Defendant, SEGA of America, Inc. ("SEGA"), jointly request that this Court dismiss all claims by SRS against SEGA and all counterclaims by SEGA against SRS in this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), with each of the parties to bear its own costs.

Dated: January 3, 2011                                                    Dated: January 3, 2011

SOFTWARE RESTORE SOLUTIONS, LLC                      SEGA OF AMERICA, INC.

/s/Timothy P. Maloney                                                    /s/ Christopher R. Freeman (with consent)
Timothy Maloney (IL 6216483)                                      Christopher R. Freeman
Alison Aubry Richards                                                    QUINN EMANUEL URQUHART OLIVER &
Nicole L. Little                                                                HEDGES
David A. Gosse                                                                500 West Madison St. Suite 2450
FITCH EVEN TABIN & FLANNERY                                Chicago, IL 60661
120 South LaSalle Street, Suite 1600                          Telephone: 312.705.7400
Chicago, Illinois 60603                                                    Facsimile: 312.705.7401
Telephone: 312.577.7000                                              Email: chrisfreeman@quinnemanuel.com
Facsimile: 312.577.7007
Email: tpmalo@fitcheven.com

| | |
|---|---|
| Steven C. Schroer | Claude M. Stern |
| FITCH EVEN TABIN & FLANNERY | Henry Lien |
| 1942 Broadway, Suite 213 | Matt Hulse |
| Boulder, Colorado 80302 | QUINN EMANUEL URQUHART & SULLIVAN |
| Telephone 303.402.6966 | 555 Twin Dolphin Drive, 5th Floor |
| Facsimile 303.402.6970 | Redwood Shores, CA 94065 |
| | Telephone: 650.801.5000 |
| | Facsimile: 650.801.5100 |

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule 5.5(a)(3) on January 3, 2011. The following counsel of record will be served by first class mail:

Matthew Douglas Powers
WEIL, GOTSHAL & MANGES, LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
*Counsel for Apple Inc., Activision Blizzard, Inc.*
*Adobe Systems, Inc., Autodesk, Inc. and*
*Nuance Communications, Inc.*

/s/ Timothy P. Maloney
*Attorney for Plaintiff, Software Restore Solutions, LLC*