**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SOFTWARE RESTORE SOLUTIONS, LLC, | ) | Civil Action No. 10-cv-3628 |
| | ) | |
| Plaintiff, | ) | The Honorable Matthew F. Kennelly |
| | ) | |
| v. | ) | Magistrate Judge Arlander Keys |
| | ) | |
| APPLE, INC., et al. | ) | **AGREED MOTION TO DISMISS WITH** |
| | ) | **PREJUDICE DEFENDANT CITRIX SYSTEMS,** |
| Defendants. | ) | **INC.** |
| | ) | |

Plaintiff, Software Restore Solutions, LLC ("SRS"), and Defendant, Citrix Systems, Inc. ("Citrix"), jointly request that this Court dismiss all claims by SRS against Citrix and all counterclaims by Citrix against SRS in this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), with each of the parties to bear its own costs.

Dated: January 5, 2011

SOFTWARE RESTORE SOLUTIONS, LLC

/s/Timothy P. Maloney
Timothy Maloney (IL 6216483)
Alison Aubry Richards
Nicole L. Little
David A. Gosse
FITCH EVEN TABIN & FLANNERY
120 South LaSalle Street, Suite 1600
Chicago, Illinois 60603
Telephone: 312.577.7000
Facsimile: 312.577.7007
Email: tpmalo@fitcheven.com

Dated: January 5, 2011

CITRIX SYSTEMS, INC.

/s/ Christopher R. Freeman (with consent)
Christopher R. Freeman
QUINN EMANUEL URQUHART OLIVER &
HEDGES
500 West Madison St. Suite 2450
Chicago, IL 60661
Telephone: 312.705.7400
Facsimile: 312.705.7401
Email: chrisfreeman@quinnemanuel.com

| | |
|---|---|
| Steven C. Schroer<br>FITCH EVEN TABIN & FLANNERY<br>1942 Broadway, Suite 213<br>Boulder, Colorado 80302<br>Telephone 303.402.6966<br>Facsimile 303.402.6970 | Claude M. Stern<br>Evette Pennypacker<br>Henry Lien<br>Matt Hulse<br>QUINN EMANUEL URQUHART & SULLIVAN<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: 650.801.5000<br>Facsimile: 650.801.5100 |

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule 5.5(a)(3) on January 5, 2011. The following counsel of record will be served by first class mail:

Matthew Douglas Powers
WEIL, GOTSHAL & MANGES, LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
*Counsel for Apple Inc., Activision Blizzard, Inc.*
*Adobe Systems, Inc., Autodesk, Inc. and*
*Nuance Communications, Inc.*

/s/ Timothy P. Maloney
*Attorney for Plaintiff, Software Restore*
*Solutions, LLC*