**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SOFTWARE RESTORE SOLUTIONS, LLC, | ) | Civil Action No. 10-cv-3628 |
| | ) | |
| Plaintiff, | ) | The Honorable Matthew F. Kennelly |
| | ) | |
| v. | ) | Magistrate Judge Arlander Keys |
| | ) | |
| APPLE, INC., et al. | ) | **AGREED MOTION TO DISMISS WITH** |
| | ) | **PREJUDICE DEFENDANT SKYPE, INC.** |
| Defendants. | ) | |
| | ) | |

Plaintiff, Software Restore Solutions, LLC ("SRS"), and Defendant, Skype, Inc. ("Skype"), jointly request that this Court dismiss all claims by SRS against Skype and all counterclaims by Skype against SRS in this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), with each of the parties to bear its own costs.

Dated: January 6, 2011                                    Dated: January 6, 2011

SOFTWARE RESTORE SOLUTIONS, LLC                          SKYPE, INC.


/s/Timothy P. Maloney                                     /s/ Christopher R. Freeman (with consent)
Timothy Maloney (IL 6216483)                              Christopher R. Freeman
Alison Aubry Richards                                     QUINN EMANUEL URQUHART OLIVER &
Nicole L. Little                                          HEDGES
David A. Gosse                                            500 West Madison St. Suite 2450
FITCH EVEN TABIN & FLANNERY                               Chicago, IL 60661
120 South LaSalle Street, Suite 1600                      Telephone: 312.705.7400
Chicago, Illinois 60603                                   Facsimile: 312.705.7401
Telephone: 312.577.7000                                   Email: chrisfreeman@quinnemanuel.com
Facsimile: 312.577.7007
Email: tpmalo@fitcheven.com

| | |
|---|---|
| Steven C. Schroer | Claude M. Stern |
| FITCH EVEN TABIN & FLANNERY | Evette Pennypacker |
| 1942 Broadway, Suite 213 | Henry Lien |
| Boulder, Colorado 80302 | Matt Hulse |
| Telephone 303.402.6966 | QUINN EMANUEL URQUHART & SULLIVAN |
| Facsimile 303.402.6970 | 555 Twin Dolphin Drive, 5th Floor |
| | Redwood Shores, CA 94065 |
| | Telephone: 650.801.5000 |
| | Facsimile: 650.801.5100 |

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule 5.5(a)(3) on January 6, 2011. The following counsel of record will be served by first class mail:

Matthew Douglas Powers
WEIL, GOTSHAL & MANGES, LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
*Counsel for Apple Inc., Activision Blizzard, Inc.*
*Adobe Systems, Inc., Autodesk, Inc. and*
*Nuance Communications, Inc.*

/s/ Timothy P. Maloney
*Attorney for Plaintiff, Software Restore*
*Solutions, LLC*